**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

JACQUELINE HICKS                                                                    PLAINTIFF

v.                                                          CIVIL ACTION NO.  4:19-CV-106-SA-JMV

HEART OF HOSPICE, LLC                                                          DEFENDANT

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Heart of Hospice, LLC ("HOH") respectfully provides notice of the removal of the action styled *Jacqueline Hicks v. Heart of Hospice, LLC*, Case No. 2019-0020, from the Circuit Court of Bolivar County, Mississippi to the United States District Court for the Northern District of Mississippi. As grounds for removal, HOH states as follows:

## I.      INTRODUCTION AND BACKGROUND

On March 7, 2019, Jacqueline Hicks ("Plaintiff") filed a civil action against HOH, Case No. 2019-0020, in the Circuit Court of Bolivar County, Mississippi (hereafter referred to as the "State Court Action"). HOH was served with a Summons and copy of the Complaint on June 17, 2019. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon HOH in the State Court Action are attached as Exhibit A.

This Notice of Removal is filed in a timely manner within thirty (30) days of service upon HOH of the initial pleading and within one year from the commencement of this action, pursuant to 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice will be filed promptly in the Circuit Court for Bolivar County, Mississippi, and will be served upon Plaintiff through her attorney at the address listed in the Complaint.

Finally, the required filing fee of $400.00 and an executed civil cover sheet accompany this Notice. A copy of the executed Civil Cover Sheet is attached as Exhibit B.

## II.    **STATEMENT OF VENUE**

Venue is proper in this Court as a substantial part of the events or omissions giving rise to the claim occurred in Bolivar County, Mississippi, and therefore within this judicial district. *See* 28 U.S.C. § 1391(b)(2).

## III.    **STATEMENT OF JURISDICTION**

This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. Under § 1332, district courts have jurisdiction over civil actions where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the dispute is between citizens of different states. *See* 28 U.S.C. § 1332(a)(1). To establish that the jurisdictional minimum amount in controversy is met, a defendant need only establish by a preponderance of the evidence that the damages sought by Plaintiff exceed $75,000. *See* 28 U.S.C. § 1446(c)(2)(B); *Hayes v. Equitable Energy Res. Co.*, 266 F.3d 560, 572-73 (6th Cir. 2001). In this case, the amount in controversy exceeds the jurisdictional threshold and the dispute is between citizens of different states.

First, as to the amount in controversy, Plaintiff asserts in her Complaint that she is entitled to judgment from and against HOH "in an amount to be determined by a jury, but not less than $500,000 as actual damages, plus punitive damages in accordance with Mississippi law and for all legal costs, and any further relief this Court may deem just, proper, and equitable." *See* Exhibit A – Complaint at p. 3. While HOH specifically denies that Plaintiff is entitled to any relief whatsoever, based on the damages Plaintiff seeks in her Complaint, the amount in controversy far exceeds $75,000.

Second, the parties are diverse. Plaintiff alleged in her Complaint that she is a resident of the state of Mississippi and that HOH is a "foreign corporation." *See* Exhibit A – Complaint at p. 1. While HOH is not a corporation, but instead a limited liability company, it was indeed organized under the laws of South Carolina and none of its members are citizens of Mississippi. *See* Exhibit C – Declaration of Joseph Waring at ¶ 3. Furthermore, HOH maintains its principal place of business in South Carolina. *See* Exhibit C at ¶ 4.

## IV.  CONCLUSION

For the foregoing reasons, HOH hereby respectfully gives notice of the removal of the civil action styled *Jacqueline Hicks v. Heart of Hospice, LLC*, Case No. 2019-0020, from the Circuit Court of Bolivar County, Mississippi to the United States District Court for the Northern District of Mississippi, Greenville Division.

Respectfully submitted,

*/s/ Matthew G. Gallagher*
Matthew Gallagher  (MS Bar No. 103159)
Littler Mendelson, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN  38125
Telephone: (901) 795-6695
Facsimile: (901) 531-8478
E-mail: mgallagher@littler.com

Counsel for Defendant Heart of Hospice, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal was filed via the Court's electronic case filing system, through which service was made this 17th day of July, 2019, upon the following:

Levi Boone, III (MSB No. 3686)
Boone Law Firm, P.A.
401 West Sunflower Road
P.O. Box. 1772
Cleveland, MS 38732-1772
Telephone: 662.843.7946
Facsimile: 662.843.7950
Email: lboone@boonelawfirm.com

/s/ Matthew G. Gallagher

4